District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO ALMEJO LOPEZ and JOSEFINA GUZMAN MENDOZ,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>MARCO RUBIO, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:24-cv-02126-TL<br><br>STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>May 13, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-02126-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 13th day of May, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | GLOBAL LAW ADVOCATES, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3800<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Inna Scott*<br>INNA SCOTT, WSBA #46864<br>Global Law Advocates, PLLC<br>655 South Orcas Street, Ste. 210<br>Seattle, Washington 98108<br>Phone: 206-774-8758<br>Email: iscott@globallawadvocates.com<br>*Attorneys for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 27 words, in compliance with the Local Civil Rules.*

**[~~PROPOSED~~] ORDER**

The case is dismissed without prejudice.  It is so **ORDERED**.

DATED this 14th day of May, 2025.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-02126-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800